JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    **ED CV 15-442-JFW (SPx)**                                        Date: May 14, 2015

Title:      Michael Rocca -v- Apple Tree Properties, LLC

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                                                        None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

     In the Notice of Settlement filed on May 13, 2015, Dkt. No. 11, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before June 17, 2015.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 17, 2015.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.